UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| REX LAKE, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-01089-EJY <br><br> **ORDER** |

Pending before the Court is the Commissioner's Motion to be Relieved of Providing Paper and CD Copies of the Certified Administrative Record (ECF No. 10). As the Social Security Administration (sometimes the "SSA" or "Administration") knows, the Court relies heavily on the paper copy of the Administrative Record in resolving Social Security appeals. The Court appreciates the staffing and logistical hurdles the Commissioner faces given the COVID-19 pandemic that impedes the Administration's operations. However, perhaps it is pressure from the federal courts that will motivate the SSA to return to more normal levels of operation, which will relieve the bottleneck created by the absence of a CAR that is easily reviewed, efficiently on appeal.

The Court reiterates that the United States is more than 18 months past the beginning of COVID-19. Many departments of the federal government, including the court system, have adapted and are operating at full or near full capacity. It is unclear why the Social Security Administration, an agency so critical to the lives of many Americans, is incapable of operating at a more reasonable capacity. The Court does not expect the U.S. Attorney's Office to answer this question, but the limitations on the Social Security Administration are simply not sufficient to place the burden on the Court to either print the record, which is not its job, or to try to find a needle in the haystack of an enormous electronic record that is so critical to a determination of issues on appeal. The Social Security Administration and the Plaintiff are often familiar with the Administrative Record. The Court, however, is not. Printing the record is not reasonable for the Court.

The Court is aware that Fed. R. Civ. P. 5.2(a) allows the Commissioner to "file an electronic copy of the CAR (e-CAR) under seal using an event in CM/ECF that will be accessible to all case participants, including counsel of record." Thus, no waiver of the Rule regarding copies to chambers is required to allow for the electronic filing of the Administrative Record.

The Court is not persuaded that as of October 2021, a paper copy of the Administrative Record cannot be provided in this case. The Court is open to ideas for how to get this done, but working with an electronic record is not feasible.

Accordingly, IT IS HEREBY ORDERED that the Commissioner's Motion to be Relieved of Providing Paper and CD Copies of the Certified Administrative Record is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that the Commissioner may file an electronic copy of the Certified Administrative Record available to Plaintiff.

IT IS FURTHER ORDERED that a paper copy of the CAR need not be provided to Plaintiff or Plaintiff's counsel.

IT IS FURTHER ORDERED that, within seven (7) days of the date of this Order, the Social Security Administration is to provide the Court with the number of pages in the Certified Administrative Record applicable to this case and a proposal, if possible, for how the Court may receive a timely copy of the CAR.

DATED this 13th day of October, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE